UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

New York Harbor Jet Ski, LLC,

                          Plaintiff,

    -against-

Unknown Respondent,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2023

No. 20 Civ. 10004 (CM)

**ORDER**

McMahon, J.:

    Counsel's letter of July 27, 2023 (docket #10) will be treated as a motion for leave to substitute Denise Thomas, individually and as administrator of the Estate of Jacqueline Spalding deceased, for the "unknown respondent" in the caption of the petition. That motion is granted. The Clerk of court should amend the caption to reflect that respondent's name is Denise Thomas, individually and as administrator of the Estate of Jacqueline Spalding, deceased. Respondent has 60 days to file a response to the petition. NO extensions will be granted.

Dated: July 28, 2023

                                                               U.S.D.J

BY ECF TO ALL COUNSEL