UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
New York Harbor Jet Ski. LLC,

             Plaintiff(s),

    -v-

Denise Thomas,

             Defendant(s).

-------------------------------------------------------- X

20-CV-10004 (CM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2024

COLLEEN McMAHON, United States District Judge:

    The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category. On 4/8/2024 the Court ordered that all discovery be completed by 6/30/2024.

Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly or separately) reporting on the status of the current litigation. Failure to respond will result in the dismissal of the above-captioned case for failure to prosecute.

Dated: November 20, 2024

                                            SO ORDERED:

                                            _____
                                            United States District Judge

BY ECF TO ALL PARTIES